**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: John P. Boccelli                      CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 21-11949 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust and index same on the master mailing list.

                                              Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
16 Aug 2021, 14:44:42, EDT

                   KML Law Group, P.C.
                   701 Market Street, Suite 5000
                   Philadelphia, PA 19106-1532
                   (215) 627-1322